# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 15CR2102-H |
|---|---|
| Plaintiff, | |
| v. | **ORDER TERMINATING SUPERVISED RELEASE** |
| JOSE MEZA, | |
| Defendant | |

Pursuant to the joint motion of the parties, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the remaining term of supervised release for the Defendant, Jose Meza, in the above matter be terminated pursuant to 18 U.S.C. § 3583(e)(1), as it is warranted by the conduct of the Defendant and the interest of justice.

SO ORDERED

Dated: 12/5/2023

HONORABLE MARILYN L. HUFF
United States District Court Judge